UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jessica Wilson,

    Plaintiff,                                  Case No. 09-12996

v.                                                    Hon. Sean F. Cox

Merchants & Medical Credit Corporation,
Inc., Jane Doe, and Mr. Shaw, Individually
and Jointly,

    Defendants.

_____/

## **ORDER STRIKING REPLY BRIEF**

On June 18, 2010, Defendants filed a 10-page brief (Docket Entry No. 40) as a reply to two pending motions: 1) Defendants' Motion for Summary Judgment; and 2) Defendants' Motion to Compel.

On June 23, 2010, Plaintiff filed a motion seeking to strike the reply brief as untimely filed and as exceeding the page limits for a reply brief under Local Rule 7.1.

Having reviewed the June 18, 2010 Reply Brief, and Plaintiff's motion seeking to strike it, the Court hereby ORDERS that Defendant's June 18, 2010 Reply Brief (Docket Entry No. 40) is STRICKEN from the record and the Clerk of the Court is directed to annotate the record in the ECF system to indicate the document is stricken.

IT IS FURTHER ORDERED that Defendant shall have five (5) days from the date of this order to file two separate reply briefs that shall comply with the page limits set forth in Local Rule 7.1.

IT IS SO ORDERED.

                         s/Sean F. Cox
                         Sean F. Cox
                         United States District Judge

Dated: June 30, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 30, 2010, by electronic and/or ordinary mail.

                         s/Jennifer Hernandez
                         Case Manager