UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA WILSON,

       Plaintiff,

v.                                              Case No. 09-12996

MERCHANTS AND MEDICAL            Honorable Sean F. Cox
CREDIT CORP., JANE DOE, and
MR. SHAW, Individually and Jointly,

       Defendants.
_____/

**ORDER DISMISSING
PLAINTIFF'S CLAIMS AGAINST JANE DOE AND "MR. SHAW"**

On July 29, 2009, Plaintiff filed this action against Defendant Merchants and Medical Credit Corp. Plaintiff's complaint also named two other defendants, whose identities were apparently unknown to Plaintiff at the time: 1) Jane Doe; and 2) "Mr. Shaw." (Docket Entry No. 1).

Discovery closed on April 14, 2010 and this Court dismissed all claims against Defendant Merchants and Medical Credit Corp. in an Opinion & Order issued on September 2, 2010 (Doc. No. 54). Thus, "Jane Doe" and "Mr. Shaw" are the only remaining defendants in this action.

Although this case was on the Court's September / October trailing trial docket, as of September 8, 2010, Plaintiff had not amended her Complaint to name specific individual defendants nor had she served either of those individuals. Thus, on September 8, 2010, this Court ordered Plaintiff to show cause, in writing, no later than fourteen days from the entry of

1

the order, why her claims against Jane Doe and "Mr. Shaw" should not be dismissed.

Plaintiff has failed to file any response this Court's September 8, 2010 Show Cause Order and the time for doing so has expired.

Accordingly, IT IS ORDERED that Plaintiff's claims against Defendants Jane Doe and "Mr. Shaw" are hereby DISMISSED.

IT IS SO ORDERED.

                                                          S/Sean F. Cox
                                                          Sean F. Cox
                                                          United States District Judge

Dated: October 7, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 7, 2010, by electronic and/or ordinary mail.

                                                          S/Jennifer Hernandez
                                                          Case Manager